AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

| | |
|---|---|
| Dennis Troyer ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 16-cv-146 |
| Thomas Heneghan, Olivier Livolsi, ) | |
| Portfolio Managers, Inc., and National ) | |
| Futures Association, *Defendants* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NATIONAL FUTURES ASSOCIATION

Date:   06/30/2016

*Attorney's signature*

Michael J. Daley (ARDC #3127887
*Printed name and bar number*

Nisen & Elliott, LLC
200 W. Adams St., Ste. 2500
Chicago, IL  60606

*Address*

mdaley@nisen.com
*E-mail address*

(312) 346-7800
*Telephone number*

(312) 346-9316
*FAX number*