# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| DENNIS TROYER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NATIONAL FUTURES ) | Case No. 16-cv-146 |
| ASSOCIATION, INC. ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Dennis Troyer, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the 7th Circuit from the final judgment entered in this action on the 24th day of February, 2020.

Respectfully submitted,

s/ Phillip J. Troyer
Indiana License #18456-53
4816 Wyoming Street
Kansas City, Missouri 64112
260-452-5987 (phone)
philtroyer@comcast.net
Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify I caused a copy of this notice to be served on counsel for Defendant, National Futures Association, Inc. via this court's ECF System on this 15th day of March, 2020.

s/ Phillip J. Troyer, #18456-53

1